# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE, | 1:12-cv-00599-GBC-(PC) |
| Plaintiff, | ORDER TO SUBMIT SIGNED COMPLAINT |
| v. | Doc. 1 |
| STATE OF CALIFORNIA, et al., | SIGNED COMPLAINT DUE IN FOURTEEN DAYS |
| Defendants. | |

Plaintiff Hortense White ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's complaint, lodged April 10, 2012. Doc. 1.

Plaintiff's complaint is unsigned.[1] The Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a). Accordingly, Plaintiff is ordered to file a signed complaint within fourteen (14) days from the date of service of this order. **Failure to file a signed complaint will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   April 24, 2012

UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff actually signed the complaint using the names of the Defendants. *See* Lodged Compl. at 6, Doc. 1.