# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____ / | 1:12-cv-00599-GBC-(PC)<br><br>ORDER TO SHOW CAUSE AS TO WHY THIS ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR RULE 11(b)(3) VIOLATION<br><br>Doc. 6<br><br>FOURTEEN DAY DEADLINE |

    Plaintiff Hortense White ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is a proposed order granting in forma pauperis, purportedly signed by a judge named "C. Robby Mitchell." Doc. 6. The proposed order appears to make a false representation to this Court, in violation of Rule 11(b)(3) of the Federal Rules of Civil Procedure.

> By presenting to the court a pleading, written motion, or other paper – whether by signing, filing, submitting, or later advocating it – an . . . unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances . . . the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery . . .

Fed. R. Civ. P. 11(b)(3).

    It appears to the Court that Plaintiff may have signed this document, or had someone else sign this document, with the name of an unknown judge, in apparent attempt to deceive this Court. Plaintiff's actions interferes with the Court's efforts to conserve judicial resources by preventing the proliferation

of vexatious litigation. *Anheuser-Busch, Inc. v. Natural Beverage Distributors*, 69 F.3d 337, 348 (9th Cir. 1995) (dismissal sanction warranted when deliberate deception undermines integrity of judicial proceedings and threatens to interfere with rightful decision of case); *Warren v. Guelker*, 29 F.3d 1386, 1389 (9th Cir. 1994) (*per curiam*) (*pro se*, *in forma pauperis* prisoner's misrepresentation about previous lawsuits may violate Rule 11).

As Plaintiff has not paid the filing fee in this case or submitted an application to proceed in forma pauperis, the Court finds that monetary sanctions would be inappropriate, and that instead, the appropriate sanction for violating Rule 11(b)(3) is dismissal of the case. *See Anheuser-Busch, Inc.*, 69 F.3d at 348; *see also Warren*, 29 F.3d at 1389.

Based on the foregoing, it is HEREBY ORDERED that within **fourteen (14) days** of the service of this order, Plaintiff SHALL SHOW CAUSE as to why this action should not be dismissed, with prejudice, based on Plaintiff's submission of a proposed order allegedly signed by an unknown judge, in an attempt to deceive this Court.

IT IS SO ORDERED.

Dated:   April 24, 2012

UNITED STATES MAGISTRATE JUDGE